UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS R. JACKSON | CIVIL ACTION |
| VERSUS | NO: 05-2538 |
| SLIDELL MEMORIAL HOSPITAL AND MEDICAL CENTER | SECTION: "K"(3) |

### ORDER

For the reasons assigned orally in Court on March 21, 2007, regarding Plaintiffs' Motion for Summary Judgment (Rec.Doc.No. 18) and Motion to Continue (Rec.Doc.No. 38),

**IT IS ORDERED** that the Motion for Summary Judgment is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Continue is **DENIED**.

New Orleans, Louisiana, on this  22nd day of March, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE