UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS R. JACKSON | CIVIL ACTION |
| VERSUS | NO: 05-2538 |
| SLIDELL MEMORIAL HOSPITAL AND MEDICAL CENTER | SECTION: "K"(3) |

### ORDER

Before the Court is the Motion for Appeal of Magistrate Judge Decision (Rec.Doc.No. 73) filed by Defendant Slidell Memorial Hospital and Medical Center. Because the Plaintiffs have resolved their claims against Defendant, this motion is now moot.

**IT IS ORDERED** that the Motion for Appeal is **DENIED** as **MOOT**.

New Orleans, Louisiana, on this __2nd__ day of May, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE